UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| IBEW 76 HEALTH & WELFARE TRUST OF SOUTHWEST WASHINGTON, IBEW 76 ANNUITY PLAN, JOINT APPRENTICESHIP TRAINING COMMITTEE, IBEW PACIFIC COAST PENSION FUND and NATIONAL ELECTRICAL BENEFIT FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMPLUS ASSOCIATES, LLC, a Washington limited liability company,<br><br>Defendant. | CAUSE NO.  MS06-150-JPD<br><br>ORDER FOR EXAMINATION OF JUDGMENT DEBTOR<br><br>**Clerk's Action Required** |

Pursuant to Plaintiffs IBEW 76 Health & Welfare Trust of Southwest Washington, IBEW 76 Annuity Plan, Joint Apprenticeship Training Committee, IBEW Pacific Coast Pension Fund and National Electrical Benefit Fund's (Trust Funds) Motion for an Order requiring Judgment Debtor's attendance at an examination of debtor hearing and proof having been made that an unsatisfied judgment against Judgment Debtor exists, it is hereby

**ORDERED** that Craig Welton, an owner and representative of CommPlus Associates, LLC appear at the U.S. District Court for the Western District of Washington, at Seattle, before the Honorable James P. Donohue, United States Magistrate Judge, on Tuesday, the 14th day of

November, 2006, at 9:30 a.m., 12th Floor, Courtroom 12B, then and there to answer under oath questions concerning any property which Craig Welton is in possession of, or under his/her control which should be applied towards satisfaction of the Judgment rendered in this action.

**IT IS FURTHER ORDERED** that Craig Welton answer the attached questionnaire and bring the written responses to the examination.

**IT IS FURTHER ORDERED** that Plaintiffs are entitled to their service fee in the amount of $25.00 and an appearance fee in the amount of $25.00 for a total of $50.00.

**IT IS FURTHER ORDERED** that Plaintiffs may apply for their attorney's fees if Judgment Debtor does not appear.

**IT IS FURTHER ORDERED** if Judgment Debtor does not appear, a warrant will be issued for his/her arrest and Judgment Debtor shall be further obligated to Judgment Creditors for their attorney's fees.

DATED at Seattle, Washington, this 26th day of September, 2006.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

S:\Collections\IBEW76-3376\Pleadings\2006\Commplus 3376 USDC Exam Order.doc